

## CT Corporation

**Service of Process Transmittal**
09/10/2009
CT Log Number 515408373

TO: Pam Broyard
Allstate Insurance Company
SE LA Liability/Casualty MCO, 3900 No. Causeway Boulevard
Suite 400
Metairie, LA 70002-

RE: **Process Served in Louisiana**

FOR: ALLSTATE INDEMNITY COMPANY (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Barbara Stansbury Williams, Petitioner vs. Allstate Indemnity Company, Dft. |
| DOCUMENT(S) SERVED: | Letter, Citation, Petition, Exhibit |
| COURT/AGENCY: | 18th Judicial District Court, Parish of West Baton Rouge, LA<br>Case # 38048 |
| NATURE OF ACTION: | Insurance Litigation - Policy benefits claimed for property damage received as a result of the 2008 Hurricane Season |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 09/10/2009 postmarked on 09/09/2009 |
| APPEARANCE OR ANSWER DUE: | Within 15 days |
| ATTORNEY(S) / SENDER(S): | Carl N. Finley<br>Attorney-At-Law, L.C.<br>100 Lilac Street<br>Metairie, LA 70005<br>504-754-2433 |
| REMARKS: | Process forwarded by the Louisiana Secretary of State on 09/09/09. |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex Priority Overnight , 790187237840<br>Email Notification, Patti Gariti pgarq@allstate.com |
| SIGNED:<br>PER:<br>ADDRESS: | C T Corporation System<br>Lisa Uttech<br>5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| TELEPHONE: | 225-922-4490 |

SEP 11 2009

SEP 11 2009

Page 1 of 1 / NB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**EXHIBIT B**

# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
9/09/09
(225) 922-0415

ALLSTATE INDEMNITY COMPANY
C/O CT CORPORATION SYSTEM
5615 CORPORATE BLVD., STE. 400B
BATON ROUGE, LA 70808

SUIT NO: 1038048
18TH JUDICIAL DISTRICT COURT
PARISH OF WEST BATON ROUGE

BARBARA STANSBURY WILLIAMS
vs
ALLSTATE INDEMNITY COMPANY

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on: JAY DARDENNE          Date: 9/08/09 at 3:00 PM
Served by: J BROWN               Title: DEPUTY SHERIFF

===========================================================================
Received    Number    Date       Paid By                  Amount
CHECK/M.O.  31684     9/02/09    COC WEST BATON ROUGE     25.00

TG
===========================================================================

# NO. 731763



CITATION
================================================================

## 18TH JUDICIAL DISTRICT COURT
## PARISH OF WEST BATON ROUGE
## STATE OF LOUISIANA

BARBARA STANSBURY WILLIAMS

VERSUS CV-1038048 - B

ALLSTATE INDEMNITY COMPANY

THE STATE OF LOUISIANA AND SAID COURT

SEP 06 2009
SECRETARY OF STATE
COMMERCIAL DIVISION

TO:
ALLSTATE INDEMNITY COMPANY
THRU ITS AGENT: SECRETARY OF STATE
TWELVE UNITED PLAZA
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMANDS CONTAINED IN THE

PETITION FOR DAMAGES

FILED BY PLAINTIFF

IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A COPY OF WHICH ACCOMPANIES THIS CITATION, OR FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE OF THE CLERK OF COURT OF THE 18TH JUDICIAL DISTRICT COURT, FOR THE SAID PARISH, AT THE CITY OF PORT ALLEN, LOUISIANA, WITHIN FIFTEEN (15) DAYS AFTER SERVICE HEREOF. YOUR FAILURE TO COMPLY HEREWITH WILL SUBJECT YOU TO THE PENALTY OF DEFAULT JUDGMENT AGAINST YOU.

WITNESS, THE HONORABLE JUDGE OF OUR SAID COURT, AT PORT ALLEN, LOUISIANA, 09/02/2009.

*Kathy Waguespack*
DEPUTY CLERK OF COURT

EIGHTEENTH JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA

NO.: 38048            DIVISION B

BARBARA STANSBURY WILLIAMS

VERSUS

ALLSTATE INDEMNITY COMPANY

FILED: _____      DEPUTY CLERK

## PETITION FOR DAMAGES

**TO THE HONORABLE EIGHTEENTH JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE AND THE JUDGES THEREOF:**

NOW INTO COURT, through undersigned counsel, comes Petitioner, Barbara Stansbury Williams, who is a member of the age of majority and resident of Louisiana, who respectfully avers:

1.

Made defendant herein is Allstate Indemnity Company, a juridical entity licensed to and/or doing business in the State of Louisiana, who at all times pertinent hereto issued a policy of insurance to Plaintiff covering damages suffered by Plaintiff under the facts and circumstances set forth herein, and which is subject to the jurisdiction of this Honorable Court.

2.

Said Defendant is justly and truly indebted unto Plaintiff in reasonable amounts to be determined at the trial of this matter but in excess of the jurisdictional minimum of this Honorable Court, to-wit:

3.

Plaintiff purchased a policy of insurance from Defendant bearing policy number 9 15 380820 06/22, the Declaration Sheet of which is attached hereto as Exhibit "A," which at all times pertinent hereto was in full force and effect.

4.

As the result of Hurricane Gustav, Plaintiff suffered a loss caused by a peril covered under the policy of insurance at issue herein.

5.

Pursuant to the terms of the policy, Defendant assigned an adjuster to Plaintiff's claim as a result of the hurricane damage to Plaintiff's property.

6.

The obligation of the insurance company pursuant to the terms of the policy was to ascertain the amount of the loss suffered by the insured and fairly compensate the insureds for the damages caused by the covered event.

7.

Unfortunately, Defendant either negligently and/or intentionally failed to fairly or promptly adjust the damage suffered by Plaintiff, thus breaching the terms of the insurance policy and its obligations to Plaintiff.

8.

Plaintiff is entitled to recover the full value of her loss, all other contract benefits under the insurance policy, compensatory benefits, and all other available relief.

9.

Defendant's breach was arbitrary, capricious, and without probable cause.

10.

Defendant's actions constitute a breach of the affirmative duty of good faith and fair dealing, as contemplated by LSA-R.S. 22:1892 and LSA R.S. 22:1973 and the interpreting jurisprudence, thus rendering Defendant liable to Plaintiff for statutory penalties, exemplary damages, attorney's fees, and all other available damages.

11.

Alternatively, and/or additionally, Defendant's actions constitute enrichment without cause to the detriment of Plaintiff, entitling Plaintiff to all damages legally entitled as a result thereof.

12.

Defendant is liable unto Plaintiff pursuant to the following non-exhaustive: particulars:

a) In negligently, fraudulently, and/or intentionally under-evaluating the damage suffered by Plaintiff as a result of a loss from a covered peril;

b) In negligently, fraudulently, and/or intentionally misrepresenting the facts and circumstances surrounding the insurance policy and claim at issue;

c) In negligently preparing and/or intentionally misrepresenting the documentation of the loss suffered by Plaintiff;

d) In negligently, fraudulently, and/or intentionally concealing critical facts and circumstances surrounding the loss at issue;

e) In breaching its contract of insurance with Plaintiff;

f) In breaching its fiduciary duty of good faith and fair dealing owed Plaintiff; and

g) In all other ways that may be shown at trial after discovery is completed.

13.

All of which are in violation of the dictates of common sense and the laws of the State of Louisiana, including but not limited to:

    a.    LSA-C.C. art. 1983, *et seq.;*

    b.    LSA-C.C. art. 2298, *et seq.;*

    c.    LSA-C.C. art. 2315, *et seq.;*

    d.    LSA-R.S. 22:1892;

    e.    LSA-R.S. 22:1973; and

    f.    In all other ways that may be shown at trial after discovery is completed.

14.

As results of the foregoing, Plaintiff has suffered pain and anguish; loss of funds; loss of indemnification benefits entitled to her; loss of the interest that would have inured to her benefit but-for Defendant's breach; loss of the investment opportunities she would have had but for Defendant's breach; all of which have been, are, and will continue to be to the damages of Plaintiff in reasonable sums to be determined by the fact finder, for which Plaintiff seeks reasonable and just compensation consistent with the evidence that will be presented at the trial of this matter.

**WHEREFORE**, Petitioner prays that Defendant be served with a copy of this petition for damages, and be duly cited to appear and answer same, and that, after legal delays and all due proceedings, there be judgment in their favor and against Defendant, in amounts to be determined at trial and found reasonable in the premises, together with legal interest on all said amounts from date of judicial demand until paid in full, all costs and disbursements of these proceedings, together with reasonable attorneys' fees and costs, and all other general and equitable relief as the court may deem fit.

Respectfully submitted,

**CARL N. FINLEY,**
**ATTORNEY-AT-LAW, L.C.**

**CARL N. FINLEY (LSBA No. 23074)**
100 Lilac Street
Metairie, LA 70005
Telephone: 504.754.2433
Facsimile: 504.836.5079
*ATTORNEY FOR PETITIONER*

CERTIFIED TRUE COPY

SEP -2 2009

BY: Kathy Waguespack
DPY CLERK
WEST BATON ROUGE PARISH

**PLEASE SERVE:**
**ALLSTATE INDEMNITY COMPANY**
Through Its Registered Agent
**LOUISIANA SECRETARY OF STATE**
Twelve United Plaza - 8585 Archives Ave.
Baton Rouge, LA 70809

**Allstate Indemnity Company** 

## AMENDED
# Deluxe Homeowners
# Policy Declarations

### Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Barbara Stansbury<br>Williams<br>1403 Avenue G<br>Port Allen LA 70767-2823 | **YOUR ALLSTATE AGENT IS:**<br>Glenn W. Conques<br>5917 Jones Crk #100A<br>Baton Rouge LA 70817 | **CONTACT YOUR AGENT AT:**<br>(225) 752-0296<br>(504) 752-0296 |
| **POLICY NUMBER**<br>9 15 380820 06/22 | **POLICY PERIOD**<br>Begins on June 22, 2008<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>June 22, 2008 to June 22, 2009<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
1403 Avenue G, Port Allen, LA 70767-2823

### Total Premium for the Premium Period  *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $1,520.75 |
| 01/08 LA Citizens Fair Plan Emergency Assessment Surcharge | $76.04 |
| **TOTAL** | **$1,596.79** |

*Your policy change(s) are effective as of June 22, 2008*



1CD21-3

Information as of September 15, 2008

Page 1
LAU70AMD

EXHIBIT A
(PAGE __1__ OF __1__ PAGES)

Case 3:09-cv-00841-RET-CN    Document 1-4    10/05/2009    Page 7 of 7